STATE OF MAINE

SUPERIOR COURT
Cumberland , ss.
Docket No. 18-465

DISTRICT COURT
Location_____
Docket No._____

Old Town Utility & Technology Park, LLC, et al. Plaintiffs

v.

Consolidated Edison Solutions, Inc., et al. Defendants
100 Summit Lake Dr. Address
Valhalla, NY 10595

**SUMMONS**
M.R.Civ.P. 4(d)

The Plaintiff has begun a lawsuit against you in the (District) (<u>Superior</u>) Court, which holds sessions at (street address) 205 Newbury St. , in the Town/City of Portland , County of Cumberland , Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of (District) (<u>Superior</u>) Court, 205 Newbury St., Ground Floor , Portland , Maine 04101 .
(Mailing Address)         (Town, City)                (Zip)
before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING:** If you **fail to serve an answer** within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, **a judgment by default may be entered against you** in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date: December 18, 2018
Clifford Ginn
62 Marion Jordan Rd.
Scarborough, ME 04074
(207) 274-0001
cliffginn@gmail.com

(Attorney for) Plaintiffs
Address

Telephone
Email Address

(Seal of Court)

_[signature]_
Clerk

CV-030, Rev. 07/18

STATE OF MAINE

County of _____ ,ss.

On  JAN 0 2 2019  (date), I served the Complaint (and Summons, and Notice Regarding Electronic Service) upon Defendant Consolidated Edison Solutions Inc. by delivering a copy of same at the following address: 45 Memorial Cir Augusta

HM
✱ JAN 0 2 2019

☐ to the above-named Defendant in hand.

☐ to _____ (name), a person of suitable age and discretion who was then residing at Defendant's usual residence.

☒ to Corporation Service Co, Agent (name), who is authorized to receive service for Defendant.

☐ by (describe other manner of service): _____

**Costs of Service:**

Service:  $_____
Travel:   $_____
Postage:  $_____
Other:    $_____

**Total**   $_____

_____
Signature
Harry McKenney
Chief Civil Deputy
Agency
Kennebec County
Sheriff's Office

CV-030, Rev. 07/18