OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

| Edward T. Gignoux U.S. Courthouse<br>156 Federal Street<br>Portland, Maine 04101<br>(207) 780-3356 |  | Margaret Chase Smith Federal Building and U.S. Courthouse<br>202 Harlow Street<br>Bangor, Maine 04401<br>(207) 945-0575 |
|---|---|---|

June 1, 2020

Heidi Bauer, Clerk
205 Newbury Street
Portland, Maine 04101

Re:  Old Town Utility & Technology Park, L.L.C., et al.
     v. Consolidated Edison Solutions, Inc., et al.
     Federal Court Docket No. 2:19-cv-00029-JDL
     Cumberland County Superior Court Docket No. PORSC-CV-2018-00465

Dear Ms. Bauer,

On May 29, 2020, Chief U.S. District Judge Jon D. Levy issued an Order granting a Motion remanding the above referenced case to the Maine Superior Court. Please find enclosed a certified copy of the order.

Sincerely,

CHRISTA K. BERRY, CLERK

By:  /s/ Amy Spencer
     Amy Spencer
     Deputy Clerk

Encl.